UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald Vry,

Plaintiff,

v.

Martin Marietta Materials, Inc.,

Defendant.

Civ. File No. 01-2139 (PAM/RLE)

**MEMORANDUM AND ORDER**

---

This matter comes before the Court on Defendant's Motion to Dismiss. Defendant argues that the Court should dismiss the case because Defendant had not yet received Plaintiff's pre-trial papers as of the date of its Motion, December 20, 2002. Plaintiff filed a brief reply to the Motion averring that it served the relevant papers on Defendant on December 26, 2002. While Plaintiff plainly violated the filing deadline for pre-trial papers, it missed the deadline by only four business days (excluding weekends and holidays). The loss of four business days does not prejudice Defendant. In addition, because this case is set for a bench trial, minor violations of procedural filing formalities carry less importance than were this case set for a jury trial. Accordingly, based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

Dated: January 2, 2003

Paul A. Magnuson
United States District Court Judge

FILED JAN 3 2003
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK