AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Donald Vry

V.

Martin Marietta Materials, Inc

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2139 PAM/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment be entered in favor of defendant.

February 10, 2003
Date

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
(By) Mary Kaye Conery, Deputy Clerk

Modified:01/09/03